UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK        Attorney: CILENTI & COOPER, PLLC

NIMIA SANTOS, ON BEHALF OF HERSELF, AND OTHERS SIMILARLY SITUATED

                                     Plaintiff(s)

Index # 1:21-CV-00192-LDH-PK

- against -

CANCUN AND CANCUN CORP. D/B/A DELICIAS MEXICANAS, ETAL

Purchased January 13, 2021

                                     Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

WARREN BOZARTH BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 22, 2021 at 12:13 PM at

C/O CANCUN AND CANCUN CORP. D/B/A DELICIAS MEXICANAS
102-14 ROOSEVELT AVENUE
CORONA, NY 11368

deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT, CONSENT TO SUE on ISAURO VALDEZ therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to MARIA SANCHEZ a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BROWN | 25 | 5'2 | 130 |

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O CANCUN AND CANCUN CORP. D/B/A DELICIAS MEXICANAS
102-14 ROOSEVELT AVENUE
CORONA, NY 11368

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on February 23, 2021 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE**    Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: February 23, 2021

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | **WARREN BOZARTH** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 775869 |
| No. 01KN6178241 | No. 01MU6238632 | No. 01BR4949206 | Invoice #: 758668 |
| Qualified In New York County | Qualified in Queens County | Qualified in Bronx County | |
| Commission Expires November 26, 2023 | Commission Expires April 11, 2023 | Commission Expires April 3, 2023 | |

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045