UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NIMIA SANTOS,

                Plaintiff,                    JUDGMENT

    v.

                                                21-CV-0192 (LDH) (RER)

CANCUN AND CANCUN CORP ET AL.,

                Defendants.
-----------------------------------------------------------------X

        A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States District Judge having been filed on March 31, 2022, adopting the Report and Recommendation of Magistrate Judge Ramon E. Reyes, dated February 17, 2022, granting Plaintiff's motion for default judgment; awarding Plaintiff: (1) $58,465 in unpaid minimum wages, overtime wages and spread-of-hours pay; (2) $58,465 in liquidated damages; (3) $10,000 in statutory damages under the NYLL; (4) $14,049.75 in pre-judgment interest through February 17, 2022, plus an additional amount of $14.41 per diem through the date of judgment being entered; (5) post-judgment interest pursuant to 28 U.S.C. § 1961(a); (6) $8,177.63 in attorney's fees; and (7) $580 in costs; and the Clerk of Court having calculated the interest at the rate set forth above, and the interest being $619.63; it is

        ORDERED and ADJUDGED that Plaintiff's motion for default judgment is granted; that Plaintiff is awarded a total amount of $150,357.01 plus post-judgment interest pursuant to 28 U.S.C. § 1961(a).

Dated: Brooklyn, New York                                     Brenna B. Mahoney
       April 1, 2022                                               Clerk of Court

                                                                   By:    */s/Jalitza Poveda*
                                                                           Deputy Clerk