UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

NIMIA SANTOS, on behalf of herself, and others similarly situated,

        Plaintiff,

-against-

CANCUN AND CANCUN CORP. dba DELICIAS MEXICANAS,
PEDRO DOMINGUEZ, ISAURO VALDEZ, and DONNA M. VALDEZ, individually,

        Defendants.

Case No.: 21 CV 192
(LDH)(RER)

**SATISFACTION OF JUDGMENT**

---

WHEREAS, a judgment was entered in the above-captioned action on the 1st day of April 2022, in favor of plaintiff Nimia Santos and against CANCUN AND CANCUN CORP. dba DELICIAS MEXICANAS, PEDRO DOMINGUEZ, ISAURO VALDEZ, and DONNA M. VALDEZ, in the amount of $150,357.01, plus post-judgment interest in accordance with 28 U.S.C. 1961, and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshal.

Therefore, full and complete satisfaction of said judgment is hereby acknowledged, and the clerk of the court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
       November 30, 2022

                              Respectfully submitted,

                              CILENTI & COOPER, PLLC
                              **Attorneys for Plaintiff**
                              60 East 42nd Street – 40th Floor
                              New York, NY 10165
                              Telephone (212) 209-.33933
                              Facsimile (212) 209-7102
                              pcooper@jcpclaw.com

By: _____
           Peter H. Cooper (PHC 4714)